# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALEXANDER HARRISON ALLEN

NO. 2026 KW 0062

**APRIL 20, 2026**

---

In Re:   Alexander Harrison Allen, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 889651.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL
EW
CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT